

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN BARFIELD AND TANA BARFIELD, WIFE, INDIVIDUALLY, AND JOHN BARFIELD AND TANA BARFIELD AS NEXT FRIENDS OF C. B. AND K. B., MINOR CHILDREN, | § § § § | No. 08-17-00059-CV<br><br>Appeal from the<br><br>109th District Court |
| Appellants, | § | of Andrews County, Texas |
| v. | § | (TC# 19145) |
| SANDRIDGE ENERGY, INC., AND JOSE "PEPE" SAENZ, | § | |
| Appellees. | | |

## **J U D G M E N T**

The Judgment issued by the Court on December 6, 2019 is withdrawn and the following is the Judgment of the Court.

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment granting traditional and no-evidence summary judgment in favor of Appellee Saenz. We therefore affirm the portion of the trial court's judgment in favor of Appellee Saenz.

We further conclude there was error in the trial court's order granting traditional and no-evidence summary judgment in favor of Appellee SandRidge Energy, Inc. We therefore reverse that portion of the trial court's judgment in favor of Appellee SandRidge Energy, Inc. and remand

the cause to the trial court for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellee SandRidge Energy, Inc. all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MARCH, 2020.


GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.
Alley, C.J., dissenting